## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Eduardo De Jesus Lopez Briseno

                              Plaintiff,

v.                                               Case No.: 1:25−cv−12092
                                                          Honorable Matthew F. Kennelly

Kristi Noem, et al.

                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 10, 2025:

       MINUTE entry before the Honorable Matthew F. Kennelly: In person motion hearing held on 11/10/2025. Oral argument heard on the Petition for Writ of Habeas Corpus [1]. The matter is taken under advisement. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.